# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:15-CV-00404-FDW-DSC

| | |
|---|---|
| AMERICAN FIRST FEDERAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ZARIA PROPERTIES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants and Third Party Plaintiffs' "Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment" and "Consent Motion for Extension of Time to Respond to Third Party Defendants' Motion for Summary Judgment" (documents # 37 and 38).

After conferring with the chambers of the Honorable Frank D. Whitney, it is hereby **ORDERED** that the Motions are **GRANTED IN PART**, that is, the respective response deadlines are extended seven (7) days.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 20, 2016

_____
David S. Cayer
United States Magistrate Judge