# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| American First Federal, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00404-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Lenrae Weaver | ) | |
| New Dominion Bank, Inc. | | |
| Zaria Properties, LLC | | |
| Gregory Greer | | |
| Hassan Radmanesh, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2017 Order.

June 20, 2017

_____

Frank G. Johns, Clerk
United States District Court